

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2021

No. 04-19-00464-CR

Troy David **CAMPEAU,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-755-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
          Irene Rios, Justice
          Liza A. Rodriguez, Justice

On January 25, 2021, appellant filed a pro se motion requesting oral argument. After consideration, we **DENY** the motion.

It is so **ORDERED** March 1, 2021.

**PER CURIAM**

ATTESTED TO: _____
           MICHAEL A. CRUZ,
           CLERK OF COURT